1   LAW OFFICES OF
    Richard Nahigian
2   State Bar Number 045675
    1122 East Green Street
3   Pasadena, California 91106
    Telephone:    (626) 683-3991
4   Facsimile:    (626) 796-2554

5   Attorney for Defendant,
    BENJAMIN RODRIGUEZ

6

7

8                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9

10

| UNITED STATES OF AMERICA, | ) | Case No. CR2:08-mj2214 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DEFENDANT |
| v. | ) | RODRIGUEZ'S MOTION TO |
| | ) | EXTEND TIME FOR POSTING |
| BENJAMIN RODRIGUEZ, | ) | ADDITIONAL BONDS |
| | ) | |
| Defendant. | ) | |
| | ) | |

16          Good cause having been shown, IT IS HEREBY ORDERED that the Defendant

17   Benjamin Rodriguez have up to and including October 9 to post the additional sureties and

18   bond requirements in the case herein.

19
     DATED: October _3_, 2008.                    _____ /s/ Frederick F. Mumm _____
20

21                                          U.S. Magistrate District Judge

22

23

24

25

26

27

28